# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAWN BALL, | : | |
|     Plaintiff | : | Civil Action No. 1:09-cv-00773 |
| | : | |
| v. | : | (Chief Judge Kane) |
| | : | |
| C.O. HILL, et al., | : | (Magistrate Judge Carlson) |
|     Defendants | : | |

## ORDER

On July 3, 2012, Defendants Dr. Gregory Famiglio, Bethany Engel, P.A., and Dr. Ingrid Donato ("the Medical Defendants") filed a motion for summary judgment. (Doc. No. 92.) Magistrate Judge Carlson issued a Report and Recommendation on August 9, 2012, recommending that the Medical Defendants' motion for summary judgment be granted. (Doc. No. 104.) Plaintiff filed objections to the Report and Recommendation on August 15, 2012. (Doc. No. 105.) The objections largely fail to address the legal findings in the Report and Recommendation in any meaningful way. Rather, the objections consist almost exclusively of complaints regarding the conduct of prison staff and of Magistrate Judge Carlson. Upon a review of the record and the applicable law, the Court detects no error in Magistrate Judge Carlson's findings.

**ACCORDINGLY**, on this 17th day of September 2012, **IT IS HEREBY ORDERED THAT:**

1. Magistrate Judge Carlson's Report and Recommendation (Doc. No. 104) is **ADOPTED**;

2. Plaintiff's objections (Doc. No. 105) are **OVERRULED**;

3. The Medical Defendants' motion for summary judgment (Doc. No. 92) is **GRANTED**;

4. The Clerk of Court is directed to **TERMINATE** Defendants Dr. Gregory

Famiglio, Bethany Engel, P.A., and Dr. Ingrid Donato from this action; and

5. All further proceedings in this action are referred to Magistrate Judge Carlson.

s/ Yvette Kane
Yvette Kane, Chief Judge
U.S. District Court
Middle District of Pennsylvania
