IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAWN BALL, | : | |
|     Plaintiff | : | Civil Action No. 1:09-cv-00773 |
| | : | |
| v. | : | (Chief Judge Kane) |
| | : | |
| C.O. HILL, et al., | : | (Magistrate Judge Carlson) |
|     Defendants | : | |

## ORDER

**THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:**

Magistrate Judge Carlson issued a Report and Recommendation on February 28, 2013, recommending that Defendants' motion for summary judgment be granted and that Plaintiff's complaint be dismissed. (Doc. No. 116.) Thereafter, the Court granted Plaintiff two extensions of time to file objections to the Report and Recommendation. (Doc. Nos. 119, 122.) Nevertheless, Plaintiff has failed to file any objections.

**ACCORDINGLY**, on this 16th day of May 2013, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1. Magistrate Judge Carlson's Report and Recommendation (Doc. No. 116) is **ADOPTED**;

2. Defendants' motion for summary judgment (Doc. No. 109) is **GRANTED**; and

3. The Clerk of Court is directed to close the case.

                                                                                       s/ Yvette Kane
                                                                                       Yvette Kane, Chief Judge
                                                                                       U.S. District Court
                                                                                       Middle District of Pennsylvania